IH-32                                                                                                          Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

LIPOID, LLC,

| Plaintiff | Case Number |
|---|---|
| vs. | 650932/2018 |
| CARSTEN MATTHIAS REBMANN | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

AMERICAN LECITHIN COMPANY,
LIPOID GmbH, LIPOID, LLC, and
PHOSPHOLIPID GmbH,

| Plaintiff | Case Number |
|---|---|
| vs. | 12-cv-00929-VSB |
| CARSTEN MATTHIAS REBMANN, | |
| Defendant | |

IH-32                                                                                                            Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed  (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open  (If so, set forth procedural status and summarize any court rulings.)

The case is in the discovery phase. The Court issued an opinion and memorandum dated September 30, 2017 addressing Plaintiff's motion to dismiss.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both cases inolve Plaintiff's efforts to enforce a $700,000 note. After various offsets, both the enforcibility of the note and status of the offsets are at issue in the earlier case.

Signature: _____  Date: 04/11/18

Samuel Goldman & Associates

Firm: _____